IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:22-CR-006-H-1 |
| LYNNETTE MARIE JACOBS (1) | |

### FACTUAL RESUME

In support of Lynnette Marie Jacobs's plea of guilty to the offense in Count Three of the Indictment, Jacobs, the defendant, Aaron E. Eckman, the defendant's attorney, and the United States of America stipulate and agree to the following:

### Elements of the Offense

To prove a violation of Title 18, United States Code, Section 1704, that is, Postal Keys or Locks, Stolen or Reproduced, the government must prove the following elements beyond a reasonable doubt as to each count:

*First*: That the defendant knowingly and unlawfully made, forged, counterfeited, or possessed any key suited to any lock adopted by the Post Office Department or the Postal Service or any key to any lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter; and

*Second*: That the defendant did so with the intent to unlawfully or improperly use, sell, or otherwise dispose of the key or to cause the same to be unlawfully or improperly used, sold, or otherwise disposed of.

### Stipulated Facts

1. **Lynnette Marie Jacobs** admits and agrees that on or about August 17, 2021, in the Abilene Division of the Northern District of Texas, and elsewhere, she knowingly and unlawfully made, forged, counterfeited, or possessed a key suited to a

lock adopted by the Post Office Department and the Postal Service or a key to a lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter and did so with the intent to unlawfully and improperly use, sell, or otherwise dispose of the key or to cause the same to be unlawfully and improperly used, sold, and otherwise disposed of. Jacobs admits and agrees her actions were in violation of Title 18, United States Code, Section 1704.

2. In 2021, detectives with the Abilene Police Department (APD) were investigating a number of instances of fraud and theft, including postal and retail theft, that occurred in Taylor County. The evidence implicated Jacobs.

3. On August 17, 2021, APD detectives asked Jacobs to come to the APD offices for questioning. Jacobs agreed and drove her Cadillac SUV to the offices. Jacobs thereafter waived her *Miranda* rights and consented to a search of her SUV.

4. In Jacobs's SUV, detectives found a number of items that further implicated Jacobs in the crimes under investigation, including identifying documents and items containing identifying information, that belonged to others. The detectives also found in the vehicle's center console in plain view four unique keys that were formed from split and grinded surgical sheers.

5. After consultation with an inspector with the United States Postal Inspection Service, the APD detectives determined that the unique keys were counterfeited United States Postal Service (USPS) arrow keys.

6. USPS mail carriers use arrow keys to access banks of mailboxes and collection boxes that are locked by a unique lock. An arrow key opens a single panel

**Lynnette Marie Jacobs**
**Factual Resume—Page 2**

door to such banks and collection boxes to reveal a number of individual mailboxes that correspond to individual addresses. Mail is often provided to residents of apartment buildings, gated communities, and certain neighborhood streets through such banks and collection boxes. The keys used to open the front panels are called arrow keys because they are imprinted with an arrow. An authentic arrow key is shown in the photograph below.



7. Two of the counterfeited arrow keys APD detectives found in Jacobs's Cadillac SUV are shown in the photograph on the following page.

Lynnette Marie Jacobs
Factual Resume—Page 3



8. After the vehicle search, APD detectives obtained a warrant to search Jacobs's residence. During the search, the detectives found numerous identifying items and documents that belonged to others, as well as stolen mail and a key grinder.

9. APD detectives also obtained text messages Jacobs exchanged with Matthew Charles Halfacer, her co-defendant. In the text messages, Jacobs discusses

Lynnette Marie Jacobs
Factual Resume—Page 4

having new keys and wanting to try them. Halfacer told Jacobs he believed he could make arrow keys and sent the following photograph to Jacobs.



10. After discovering the counterfeited arrow keys in Jacobs's Cadillac SUV, an APD detective tested them on a neighborhood collection mailbox that was an authorized receptacle for delivery of mail. The detective unlocked and opened the panel on the collection box with the first counterfeited arrow key he tried.

11. Jacobs admits and agrees she possessed the counterfeited arrow keys with the intent to unlawfully or improperly use the counterfeited keys or for the purpose of

another person unlawfully or improperly using them; specifically, it was Jacobs's intent that the counterfeited keys be used to steal mail in violation of federal law. Jacobs further admits and agrees that APD detectives found stolen mail, including access devices and identifying information and documents, in her vehicle and residence.

12. Jacobs admits and agrees she committed all the essential elements of the offense in Count Three of the Indictment. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Jacobs's plea of guilty to Count Three of the Indictment.

AGREED TO AND STIPULATED on this 14th day of March, 2022.

CHAD E. MEACHAM
UNITED STATES ATTORNEY

LYNNETTE MARIE JACOBS
Defendant

ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7560
Facsimile:   806-472-7394
E-mail:       ann.howey@usdoj.gov

AARON E. ECKMAN
Attorney for Defendant