IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:22-CR-0006-H |
| LYNNETTE MARIE JACOBS | |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America respectfully asks the Court to revoke the supervised release of Defendant Lynnette Marie Jacobs.

## Procedural Background

The Court sentenced Jacobs to serve a 36-month prison sentence and a 3-year term of supervised release for her violation of 18 U.S.C. § 1704, Postal Keys or Locks, Stolen or Reproduced. Jacobs served her term of imprisonment and began her term of supervised release on December 27, 2023. She thereafter violated her supervised release conditions.

Jacobs consumed alcohol; used and possessed controlled substances; failed to report to her probation officer on a number of occasions; changed residences without informing and obtaining approval from her probation officer; failed to seek and obtain full time employment; interacted with persons engaged in criminal activity; failed to report questioning by law enforcement; had access to firearms and ammunition; and failed to make payments toward the restitution and fine imposed in this criminal matter.

## Violations

The defendant violated the following mandatory, standard, and special conditions: Mandatory Condition Nos. 2, 3, and 4; Standard Condition Nos. 2, 5, 7, 8, 9, and 10; and Special Condition Nos. 5, 8, and 6.

<u>Special Condition No. 8</u>

This condition requires Jacobs to abstain from consuming alcohol and intoxicants. Jacobs violated the condition by using alcohol in or about June 2024.

<u>Mandatory Conditions Nos. 2 and 3 and Special Condition No. 8</u>

These conditions require Jacobs to refrain from possessing and using controlled substances and intoxicants. Jacobs violated the conditions by using and possessing methamphetamine and "mushrooms" (psilocybin). A urine specimen was positive for methamphetamine, and Jacobs admitted to using the substance.

<u>Standard Condition No. 2</u>

This condition requires Jacobs to report to her probation officer as instructed. Jacobs failed to report as instructed on or about April 29 and June 4 and 11 of this year.

<u>Standard Condition No. 5</u>

This condition requires Jacobs to live in a residence approved by her probation officer and to obtain approval prior to changing residences. Jacobs changed residences twice without informing and obtaining approval from her probation officer.

Standard Condition No. 7

This condition requires Jacobs to work full time unless excused from doing so. Jacobs has not worked full time since her release from prison. Despite requests, she has failed to provide job search verification.

Standard Condition No. 8

This condition requires Jacobs not to communicate or interact with someone she knows is engaged in criminal activity. She violated the condition by interacting with five individuals involved in criminal activity.

Standard Condition No. 9

This condition requires Jacobs to notify her probation officer within 72 hours of an arrest or questioning by law enforcement. Jacobs was questioned by law enforcement on July 13 and failed to notify her probation officer.

Standard Condition No. 10

This condition prohibits Jacobs from owning, possessing, or having access to a firearm, ammunition, and other dangerous weapons. On June 3, it was discovered that Jacobs had access to a rifle, a shotgun, a pistol, and ammunition.

Mandatory Condition No. 4 and Special Conditions Nos. 4, 5, and 6

These conditions require Jacobs to make monthly restitution payments in the amount of $250 and $100 monthly payments toward her $4,000 fine. Jacobs failed to make restitution payments in March, April, May, and June. She failed to make payments toward her fine during the same months.

**Prayer**

The United States respectfully asks the Court to revoke the defendant's supervised release and order her to the custody of the Attorney General to serve a sentence as determined by the Court.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ *Ann Howey*
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
E-mail:        ann.howey@usdoj.gov