FILED - USDC - NDTX - AB
AUG 8 2024 AM 10:58

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO.  1:22-CR-00006-H-BU |
| | § § | |
| LYNNETTE MARIE JACOBS (1) | § | |

## ORDER OF DETENTION AND FINDING PROBABLE CAUSE

The Defendant is charged by a Motion to Revoke Supervised Release with violations of supervised release conditions. A Preliminary Revocation Hearing and Detention Hearing were scheduled. The Defendant filed a written Waiver of Preliminary Revocation Hearing and Waiver of Detention Hearing. The Defendant with advice of counsel agreed that a finding of probable cause based solely on the Motion could be entered by the Court. The Court therefore finds that there is probable cause to believe that Defendant violated one or more of his conditions of supervised release. The Court further finds that the Defendant has knowingly and voluntarily waived his right to establish by clear and convincing evidence that he is not likely to flee or pose a danger to any other person or the community if released, and thus should be detained pending a Revocation Hearing.

For these reasons, it is ORDERED that the Defendant shall be detained and held to answer in the United States District Court for a Revocation Hearing. The Clerk will furnish a copy of this Order to each attorney of record.

SO ORDERED this 8th day of August, 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE